■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT RANDOLPH, Appellant. [986 NYS2d 372]—Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered February 2, 2012, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy and Rose, JJ., concur. Ordered that the judgment is affirmed.